BEFORE: VIKTOR V. POHORELSKY          DATE:       5/20/08
            U.S. MAGISTRATE JUDGE          START TIME: 11:30 a.m.
                                                  END TIME:   12:00 p.m.

DOCKET NO.   CV-07-4360                                      JUDGE:   VVP

CASE NAME:   Belmont Partners LLC v. Comprehensive Associates, LLC et al.

### CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Oral Argument on Motions

APPEARANCES:   Plaintiff        Cody Smith

                            Defendant        Jaspreet Mayall (Comprehensive); Richard Koral (Treglia)

SCHEDULING AND RULINGS:

1. The next conference will be held on **July 18, 2008 at 11:00 a.m.**

2. There being no opposition, the motion to add Comprehensive Healthcare Solutions, Inc. as a necessary party is granted. The plaintiff is directed to serve and file an amended complaint naming CHSI as a party defendant within 20 days. Answers or other responses to the amended complaint are to be served and filed no later than 30 days after service, and the plaintiff shall not agree to postpone CHSI's response beyond 30 days after service. In addition, the plaintiff shall advise CHSI of the above conference and of their obligation to attend.

3. The plaintiff's motions to dismiss counterclaims and to obtain a discharge in interpleader, and the defendant Treglia's motion to amend the answer are all denied as moot, given the above order directing the filing of an amended complaint by Belmont. The motions may be reinstated, as appropriate, once the amended complaint and the responses thereto are served and filed.